UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

QUASHAWN SHERIDAN,

Plaintiff,

v.

LAKES CROSSING, et al,

Defendants.

Case No. 3:26-CV-00283-ART-CLB

ORDER ADOPTING REPORT AND RECOMMENDATION

Plaintiff Quashawn Sheridan brings this action against Defendants Lakes Crossings, Jennifer Rain, and multiple John and Jane Doe "mental health doctors" alleging violations of his First, Fourth, Fifth, Sixth, Eighth, and Fourteenth Amendments, as well as criminal negligence and entrapment. (ECF No. 1-1.) Before the Court is Magistrate Judge Carla Baldwin's report and recommendation (R&R) screening the Complaint. (ECF No. 3). The R&R recommends that the Court dismiss this action with prejudice based on Plaintiff's requested relief is barred by *Heck v. Humphrey*, 512 U.S. 477-78 (1994).

Magistrate judges are empowered to issue reports and recommendations on dispositive issues, which district judges may "accept, reject, or modify, in whole or in part." 28 U.S.C. § 636(b)(1)(C). Where, as here, neither party objects to a magistrate judge's recommendation, the district court is not required to perform any review of that judge's conclusions. *See Thomas v. Arn*, 474 U.S. 140, 150 (1985).

The Court agrees with Judge Baldwin's reasoning and adopts her R&R in full. Judge Baldwin concluded that Sheridan's claims seek to challenge the legality and duration of his confinement based on ongoing competency proceedings. (ECF No. 3 at 5.) Where "a judgment in favor of the plaintiff would necessarily imply the invalidity of his conviction or sentence," then "the complaint

1

must be dismissed unless the plaintiff can demonstrate that the conviction or sentence has already been invalidated." *Heck,* 512 U.S. at 487. Sheridan's sentence has not been invalidated, and therefore, his claims cannot proceed under *Heck.*

Judge Baldwin also concluded that Sheridan's suit cannot proceed against the named Defendants, because they are either not natural persons, *see Allen v. Clark Cnty. Det. Ctr.,* 2:10-cv-00857-RLH, 2011 WL 197201 (D. Nev. Jan 20, 2011), or are entitled to quasi-judicial immunity as court-appointed psychologists, *see Carroll v. Agent of State*, No. 2:24-cv-01348-CDS EJY, 2024 WL 4724137, at *2 (D. Nev. July 26, 2024) *report and recommendation adopted sub nom. Carroll v. Agent of the State*, No. 2:24-CR-01348-CDS-EJY, 2024 WL 4432816 (D. Nev. Oct. 7, 2024), *aff'd sub nom. Carroll v. Corsaro*, No. 24-7513, 2026 WL 799516 (9th Cir. Mar. 23, 2026) (citations omitted).

The Court agrees with Judge Baldwin's findings.

## I. Conclusion

It is therefore ordered that Judge Baldwin's report and recommendation (ECF No. 3) is ADOPTED in full.

It is further ordered that Sheridan's application to proceed *in forma pauperis*, (ECF No. 1) is DENIED AS MOOT.

It is further ordered that the Clerk FILE Sheridan's Complaint. (ECF No. 1-1.)

It is further ordered that Sheridan's Complaint (ECF No 1-1) be DISMISSED WITH PREJUDICE and WITHOUT LEAVE TO AMEND.

The Clerk of Court is directed to close this case and enter judgment accordingly.

//

//

//

2

DATED: June 23, 2026

ANNE R. TRAUM
UNITED STATES DISTRICT JUDGE